UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:21-CR-00404 |
| | § | |
| KALISHA KLAIRE MARTIN | § | |
| | § | |
| Defendant. | § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on April 29, 2021. A petition for action on pretrial release was filed on September 15, 2021 with the Court alleging that Defendant violated condition 7(m) of her bond conditions ordering that the Defendant shall not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner. The specific factual allegations are contained in the petition. (D.E. 26).

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that the Defendant has committed a Federal, State, or local crime while on release; and

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The Defendant stood silent on the allegations in the petition at the hearing today. The Court **FINDS** that the evidence against the defendant meets the probable cause standard. Defendant was given multiple opportunities to comply with her bond condition regarding her substance abuse problem and has not been able to comply. She is a poor candidate for bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on October 12, 2021.

_____
Julie K. Hampton
United States Magistrate Judge